IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR613-1 |
| | : | |
| JOSEPH DANIEL ORAN | : | |

The United States Attorney charges:

COUNT ONE

From on or about September 7, 2017, continuing up to and including on or about October 31, 2017, the exact dates unknown, in the County of Alamance, in the Middle District of North Carolina, JOSEPH DANIEL ORAN, using any facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual he believed to be a minor, to engage in any sexual activity for which any person can be charged under North Carolina state law, that is, indecent liberties with a child (N.C.G.S. § 14-202.1); in violation of Title 18, United States Code, Section 2422(b).

COUNT TWO

On or about October 31, 2017, in the County of Alamance, in the Middle District of North Carolina, JOSEPH DANIEL ORAN, having been previously convicted of a state offense relating to aggravated sexual abuse, sexual abuse, or

abusive sexual conduct involving a minor, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count 2 alleged above, the defendant, JOSEPH DANIEL ORAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following item obtained from the defendant on October 31, 2017:

a. One iPhone 6S.

2

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: November 26, 2019

BY: MATTHEW G.T. MARTIN
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

BY: WHITNEY N. SHAFFER
Assistant United States Attorney

3

Case 1:19-cr-00613-CCE   Document 1   Filed 11/26/19   Page 3 of 3