IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:19CR613-1 |
| v. | : | |
| | : | |
| JOSEPH DANIEL ORAN | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

In March 2017, Alamance County Sheriff's Office (ACSO) Detective (Det.) Zachary Neefe began an undercover operation on Kik Messenger. Det. Neefe created a Kik Messenger profile purporting to be a 13-year-old girl from Alamance County, North Carolina who attended a local middle school. The purpose of the operation was to identify and arrest individuals involved in the online sexual exploitation of minors.

In September 2017, the undercover Kik profile (the "UC") was a member of several public Kik Messenger chat groups to which an early teenage girl might belong. On five consecutive days, starting on September 7, 2017, Kik user "bj369369369" direct messaged the UC "Hey". On September 11, 2017, the UC responded. Between September 11, 2017 and October 31, 2017, user "bj369369369" and the UC exchanged at least 2410 messages. During the

exchange, user bj369369369 claimed that two different individuals were using the bj369369369 account. First, a 16 year-old and later the 16 year-old's purported adult brother. Early in the exchange, the UC alerted bj369369369 that she was a 13 year-old in middle school.

On September 13, 2017, bj369369369 directed the chat conversation to topics of a sexual nature. User bj369369369 then requested that the UC send him an image of her genitals. An excerpt from the chat follows:

| bj369369369 | **Can I see down there** |
| UC | Prolly if ur nice 2 me |
| bj369369369 | **Please** |
| UC | Okay |
| bj369369369 | **I like you a lot your really sweet** |
| UC | I no ur sweet 2 |
| bj369369369 | **Thank you** |
| bj369369369 | **Can I see down there** |
| UC | Ohhh u mean like pictures |
| bj369369369 J | **Just one and only for me to sre** |
| bj369369369 | **See** |
| UC | Like what part |
| UC | Remember mom has my camera settings locked somehow |
| bj369369369 | **Down there your pussy** |
| bj369369369 | **Want to see my penis how big it is** |
| UC | Oh ok |
| bj369369369 | **[An image depicting a male, naked from the waist down, holding an erect penis; the angle is such that the picture appears to have been taken by the male pictured]** |
| bj369369369 | **Small or big to you** |
| UC | Oh wow 😳 [Flushed Face emoji] is that u??? |
| bj369369369 | **Yeah** |
| UC | Wow nvr seen like a boys privates like that |
| bj369369369 | **Would you touch it** |

2

| UC | How ? Im here and ur wherever silly 😜 (Winking Face With Tongue emoji) |
| bj369369369 | **If I came to see you** |
| UC | Ya lol but u wood have 2 tell me what 2 do |
| bj369369369 | **Can I see your pussy** |
| UC | I guess u cold if ur nice 2 me |
| bj369369369 | **Please can I see it now** |
| UC | No cuz i cant take pics |
| bj369369369 | **Can you vid chat** |
| UC | No it wont let me |
| bj369369369 | **When can we meet** |

Kik Messenger records revealed that the email address theoranfamily369@gmail.com was associated with user bj369369369's account. Subsequent investigation would reveal that the email address was registered to a "J Oran."

User bj369369369 and the UC discussed meeting in a park to engage in sex acts. User bj369369369 suggested that his older brother "Jamie" should be the one to engage in sex acts with the UC because "he's a lot better at showing a girl how to feel good." User bj369369369 then proceeded to encourage the UC to engage in sex acts with his "brother." The purported brother, "Jamie", took over the chat for a time before purportedly returning the phone. The chat continued to focus on topics of a sexual nature, including meeting to engage in sex acts. Eventually, "Jamie" purported to take control of the bj369369369 account and proceeded to make arrangements to meet the UC at a park. On October 13, 2017, the following exchanges took place:

3

| | |
|---|---|
| bj369369369 | **Question is there a bathroom at the park** |
| UC | Ya |
| UC | I have my same pic up on fb |
| bj369369369 | **Is there cams at the bathrooms at the park** |
| UC | I dunno |
| UC | Dont think so |
| bj369369369 | **Can we go in the boys bathroom and you get naked and I take pics** |
| UC | Ya as long as we can get 2 know each other 1st |

……………………………….

| | |
|---|---|
| bj369369369 | **Sup** |
| UC | Nm almost done with school |
| bj369369369 | **Cool** |
| UC | Wbu? |
| bj369369369 | **Go to grand Ma's tomorrow** |
| bj369369369 | **I'm running late today** |
| UC | I can try |
| bj369369369 | **make it happen I really want to fuck your** |
| UC | Ok ill try but be nice lol 😆 [Grinning Squinting Face emoji] |
| bj369369369 | **Lol** |
| bj369369369 | **I want to take naked pics of you so bad** |
| UC | Thx i think that wood be ok i just dont want them online but i trust u |
| bj369369369 | **What did you mean about we have to get to know each other first** |
| bj369369369 | **What did you mean** |
| UC | Like a introduction like hi im Bree nice 2 meet u but in person |
| bj369369369 | **Gotcha** |
| UC | Yep 👍 [Thumbs Up emoji] 👍 [Thumbs Up emoji] |
| bj369369369 | **I want to take pics of u sucking on my penis** |
| UC | Ok that wood be ok |
| bj369369369 | **Stay at your gmas house tonight I'll come first thing in the morning** |
| UC | Ok ill try |
| UC | 👍 [Thumbs Up emoji] |
| UC | What time do u want me 2 be ready? |

| | |
|---|---|
| bj369369369 | **Please make it happen will have so much fun** |
| bj369369369 | **About 11 o'clock** |
| UC | Ok ill try |
| UC | U gonna bring me flowers or something nice?? |
| bj369369369 | **We can meet say hi hugging kiss and then we can go in the bathroom and I'll take pictures of you and then we'll go for a walk and I'll lay on when the picnic tables and stick my penis inside you** |

On October 14, 2017, user bj369369369 expressed reservations about meeting at the park. See the following excerpt:

| | |
|---|---|
| bj369369369 | **I'm not sure if I want to go to the park it's kinda open** |
| UC | Ok 👍 [Thumbs Up emoji] |
| bj369369369 | **Is there a store nearby** |
| UC | Ya i think theres a gas station?? |
| UC | And a church 2 |
| bj369369369 | **Can't have sex there** |
| UC | Prolly not |
| bj369369369 | **I was thinking we could use the bathroom at a store if there was one close by** |

On October 20, 2017, user bj369369369 informed the UC that he had access to child pornography videos on Dropbox. See the following excerpt.

| | |
|---|---|
| bj369369369 | **Hey baby** |
| bj369369369 | **I miss you** |
| bj369369369 | **You at school** |
| UC | Ya rn |
| bj369369369 | **I got some vids of girls your age having sex for the first time** |
| bj369369369 | **It's really hot** |
| bj369369369 | **Lol** |
| UC | Oh wow |

5

| | |
|---|---|
| bj369369369 | **Grown man with a big penis popping those young girls cherry** |
| bj369369369 | **I'm going to pop yours** |
| UC | Like what u wanna do 2 me lol ? |
| UC | 😆 [Grinning Squinting Face emoji] |
| bj369369369 | **Like the first time you have sex you will bleed a little it's called popping a girls cherry** |
| UC | Oh ok |
| bj369369369 | **Do you use pads or tampons** |
| UC | Both depends if im swimming tampons but pads r better usually |
| bj369369369 | **If you use tampons you could of put one in to far and popped it your self** |
| bj369369369 | **Do you have Dropbox I could send you the link and you could watch the vids** |
| UC | I dont have Dropbox but ive heard of it |

On October 30, 2017, the UC and user bj369369369 agreed to meet on October 31, 2017 at a house in Graham, North Carolina. The following chat thread is from October 31, 2017 when user bj369369369 was en route to meet the UC:

| | |
|---|---|
| bj369369369 | **Do you have to go to school after we're done** |
| bj369369369 | **I was thinking we can hang out for a while** |
| UC | Umm i dunno but i cant be here when Mom gets home and i prolly should go 2 at least 1 class so she doesnt get a automated call |
| bj369369369 | **Oh OK gotcha do you have a home phone** |
| UC | No |
| bj369369369 | **Do you know your probably the youngest in smallest girl I've ever been with before** |
| bj369369369 | **You're pretty tiny** |

6

| | | |
|---|---|---|
| UC | Oh ok is that bad?? | |
| bj369369369 | **No** | |
| bj369369369 | **You're so sexy** | |
| UC | Ohh ok 😇 [Smiling Face With Halo emoji] | |
| bj369369369 | **Are you ready to become a woman** | |
| bj369369369 | **Today** | |
| UC | Im ready lol just nervous still but its a good nervous 2 | |
| bj369369369 | **Ok** | |
| UC | Tryin 2 let the good nervous be better than the bad nervous | |
| bj369369369 | **Lol** | |
| bj369369369 | **I'm gonna need the address in a few miles** | |
| UC | Ok were r u now i just wanna make sure ur actually here and ill send u my house | |
| UC | Im excited r we actually gonna do this wow | |
| bj369369369 | **Yes** | |
| UC | Just its like so big 2 think about | |
| bj369369369 | **Yeah** | |
| UC | 😳 [Flushed Face emoji]😊😊 | |
| bj369369369 | **What color dress do you have on** | |
| UC | Black and white its a special dress | |
| bj369369369 | **What do you mean it's a special dress** | |
| UC | Cuz i hardly ever get 2 we're it | |
| bj369369369 | **Oh** | |
| bj369369369 | **Is it easy to take off LOL** | |
| UC | Lol pretty much | |
| UC | 🙃 [Upside-Down Face emoji]😁 [Grinning Face With Big Eyes emoji] 😆 [Grinning Squinting Face emoji] | |
| UC | Just checking on u | |
| bj369369369 | **I'm still driving** | |
| UC | Oh ok | |
| bj369369369 | **I didn't realize how long of a drive this is I think it's because I've been in traffic so long** | |
| UC | Well were r u u said u wood tell me the exit when u passed it and that was like along time afo | |
| bj369369369 | **I'm 15 miles from Graham** | |

| | |
|---|---|
| bj369369369 | That's what the GPS on my phone says my other GPS is taking me out of the way |
| UC | Ok?? |
| bj369369369 | When I get there will you meet me outside so I know where you live |
| UC | Duh ☐ [Face With Rolling Eyes emoji] |
| bj369369369 | Ok |
| bj369369369 | I didn't know because we talked about me just walking up and knocking on your door but it would be much easier if you were standing outside so that I could just look for you |
| UC | If u get here i mean good grief u must not be exited |
| bj369369369 | Lol |
| bj369369369 | I'm coming don't worry I don't want to get a ticket |
| UC | U can come up 2 the door and I'll let u in or just park like right next 2 the house |
| bj369369369 | OK that's fine but meet me outside so I know where you're at I'll look for a black and white dress |
| UC | Im not standing on the porch in my dress like with it being 20 degrees out side |
| bj369369369 | I'll text you when is soon as I am pulling up and then just come outside |
| UC | Ok well ill see u in the driveway |
| UC | Pull up or behind so ur not out by the road silly ☐ (Upside-Down Face emoji) |
| bj369369369 | Ok |
| UC | We got a back porch that wood prolly be more sneaky |
| bj369369369 | Ok |
| UC | Im waiting |
| bj369369369 | Ok hold your horses I'll be there shortly get it I said hold your horses LOL |
| UC | Haha 😆 [Grinning Squinting Face emoji] |
| bj369369369 | Question what year were you born |
| UC | 2004 |
| bj369369369 | Cool |

8

| | |
|---|---|
| bj369369369 | **When do you turn 14** |
| UC | December |
| bj369369369 | **Well happy early birthday** |
| UC | Thx 4 |
| UC | It |
| bj369369369 | **No problem** |
| UC | Were r u now?? |
| UC | I gtg this js 2 much |
| UC | Sry im just super nervous |
| bj369369369 | **Come on I'm almost here I swear to god just hang on by 10 more minutes** |
| bj369369369 | **When I get there will you give me a hug when I first woke up** |
| bj369369369 | **Walk up** |
| UC | Ya of course if u get here just so nervous |
| bj369369369 | **Please don't make me drive all this way and then don't see me** |
| UC | Okay r u close?? |
| bj369369369 | **What road did you say Main Street was off of Highway 87 or Highway 85** |
| UC | 87 |
| bj369369369 | **It has me coming in off the highway 85** |
| bj369369369 | **This is why I need your address so that I can just GPS straight to your house** |
| UC | Ya 87 is main st |
| bj369369369 | **Oh OK** |
| UC | Exit 147 on the map |
| UC | Were r u now and ill give u my address |
| bj369369369 | **Ext 152** |
| UC | Just dont get in a accident!! |
| bj369369369 | **Well mile marker 152** |
| UC | Ok i believe u |
| bj369369369 | **Can I have your address now** |
| UC | My addrsss is 218 n maple st |
| UC | Graham NC |
| UC | I dunno my zip code |
| bj369369369 | **OK I'm putting it in my GPS** |
| bj369369369 | **Brb** |
| bj369369369 | **It says I'm 7 miles from your house** |

| | |
|---|---|
| bj369369369 | **I'll text when I get like 2 miles from it** |
| UC | Ok |
| bj369369369 | **When you go to school are you going to wear panties** |
| UC | Im ready |
| UC | Nervous but ready |
| bj369369369 | **Lol** |
| bj369369369 | **I'll be there shortly to give you a big hug** |
| UC | Awww ☺ [Smiling Face With Smiling Eyes emoji] |
| UC | I will hug u back |
| bj369369369 | **I really like you** |
| bj369369369 | **I'm afraid you're going to think I'm ugly** |
| UC | Me 2 |
| UC | No y wood i think that?? |
| bj369369369 | **I don't know I just do** |
| UC | Dont worry |
| bj369369369 | **Have you ever watched porn before** |
| UC | No |
| UC | Lol ig im gonna be learning soon lol |
| UC | 😂 [Face With Tears of Joy emoji] |
| bj369369369 | **When I get there do you want to watch some** |
| UC | Um ok like dvd or what?? |
| UC | We dont have a computer |
| UC | Just my ipad |
| bj369369369 | **No like on the Internet** |
| UC | Oh maybe i dont want Mom 2 no |
| bj369369369 | **Do you want to watch porn with adults in it** |
| bj369369369 | **Or kids and adults** |
| UC | They make that with kids?? |
| UC | I didnt no |
| UC | Like ive heard of sextant |
| bj369369369 | **Yeah like other people make it like other adults make it with kids and then they send it to people** |
| UC | Sexting |
| bj369369369 | **It's against the law but they make it** |
| UC | Oh wow ok |
| UC | U promise my pics wont go online tho?? |
| bj369369369 | **Like the videos will have grown men and then young girls in it** |
| bj369369369 | **Yea promise** |
| bj369369369 | **You are all mine I don't want to share you** |

| | |
|---|---|
| UC | Ok |
| UC | R u almost here?? ☐ [Upside-Down Face emoji] |
| UC | Hello?? |
| bj369369369 | **Yeah I don't see your house** |
| UC | Right next 2 the mexican roofing place |
| UC | Like rodriguez or something |
| bj369369369 | **Come out side please** |
| bj369369369 | **I don't want to make you wait any longer** |
| UC | No u gotta pull in im not coming out withkjt u here |
| UC | U made me wait |
| bj369369369 | **Please do me the fave please** |
| UC | Tan house with red shutters |
| UC | Were r u?? |
| bj369369369 | **Coming that way what door do I go too** |
| UC | Front but like pull on the side or pull in the driveway |
| bj369369369 | **Ok** |
| bj369369369 | **I'm turning around** |
| UC | Oh ok |
| UC | A mail truck just went by |
| bj369369369 | **Ok** |
| bj369369369 | **Can I come in the back door** |
| UC | Ya if u want ig |
| bj369369369 | **Ok have the door open** |
| nc_sax_girl | When u r here im just so nervous |
| bj369369369 | **I'm walking up now** |
| UC | Were r u?? |
| UC | I don't see u at all |
| UC | Hello?? |
| UC | Were r u?? |

Simultaneously with the UC receiving the message from bj369369369, "I'm walking up now," Alamance County Det. Sergeant J. England observed a gray Mercury Grand Marquis park near the prearranged meeting location. Det. Sgt. England observed a tall white male, Joseph Daniel ORAN, exiting the vehicle. The individual looked at Det. Sgt.

England and then reentered the vehicle. The individual drove to a nearby car dealership, looked at trucks for a handful of minutes, and left. Det. Sgt. England observed that the vehicle's license plate was DKA-8797.

A query of the plate number revealed that it and the vehicle were registered to Joseph Daniel ORAN of Garner, North Carolina. Det. Neefe alerted the Johnston County Sheriff's Office (JCSO). JCSO detectives positioned themselves to surveil ORAN's residence. They observed ORAN approach his residence but then drive past. The detectives conducted a traffic stop. ORAN claimed that he had been in Hillsborough, North Carolina for a job interview and had returned home to take a family member to the doctor. The detectives detained ORAN near his residence and recovered an iPhone 6S from his person. ORAN was placed under arrest and invoked his right to counsel. He has been in custody since.

Forensic Analysis of ORAN's iPhone:

Homeland Security Investigations (HSI) Special Agent (SA) Cory Brant examined an extraction of ORAN's iPhone 6S.

SA Brant observed that the phone was named "Joseph's iPhone" and that the email address, theoranfamily369@gmail.com, was associated with

12

Case 1:19-cr-00613-CCE   Document 6   Filed 04/09/20   Page 12 of 15

the iPhone's Apple ID.[1] The Kik Messenger application was not found on the phone, however SA Brant observed artifacts on the phone indicating that the application had once been installed on the phone. A query of the phone for the UC's Kik Messenger username returned positive results. Additionally, on October 13, 2017, the phone's user conducted multiple Google keyword searches for the UC's first and last name. The agreed-to address for the meeting on October 31, 2017 had also been entered into Google Maps. Finally, a picture sent to the UC on October 31, 2017 by bj369369369 was recovered from ORAN's iPhone.

During the review of ORAN's iPhone, SA Brant also observed child pornography and child erotica associated with a Dropbox account.

Investigation of ORAN's Dropbox Account:

Dropbox records revealed that the email address theoranfamily369@gmail.com was associated with a Dropbox cloud storage account in the name of "J Oran". Pursuant to a search warrant, Dropbox provided Det. Neefe with the account's content.

The structure of the account consisted of a folder titled "Teen girls"

---

[1] This is the same email address that was associated with the Kik Messenger account of bj369369369.

13

with three subfolders: "Girls Teen", "September 2017", and "x". Of the 198 files in the account, 72 were videos depicting child pornography, as defined in Title 18, United States Code, Section 2256(8)(A).

This the 9th day of April, 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
Acting United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC   27401
Phone:   336/332-6302

14

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Patrick Roberts, Esq.

    Respectfully submitted,

    /s/ ERIC L. IVERSON
    ASSISTANT UNITED STATES ATTORNEY
    North Carolina State Bar No. 46703
    United States Attorney's Office
    Middle District of North Carolina
    101 S. Edgeworth Street, 4th Floor
    Greensboro, North Carolina 27401
    Phone: (336) 333-5351
    E-mail: eric.iverson@usdoj.gov