IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 1:19CR613-1 |
| | : | |
| JOSEPH DANIEL ORAN | : | |

## ADDITIONAL EXHIBITS

NOW COMES Defendant, Joseph Daniel Oran, by and through his undersigned attorney, and submits the following letters, received on October 23, 2020, for the Court's consideration at defendant's sentencing hearing, currently set for October 26, 2020:

1. Letter from Erica Oran, defendant's wife.
2. Letter from Nancy Pro, defendant's biological mother.
3. Letter from Toni J Pro, defendant's stepmother.

Respectfully submitted, this the 23rd day of October 2020.

/ s / Alan Doorasamy Sr.
State Bar #: 31493
107 Westdale Avenue
Winston-Salem, NC 27101
336-777-3773 (Office)
336-723-3825 (Facsimile)
Email: alan@dooralaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing SENTENCING MEMORANDUM WITH EXHIBITS upon the parties involved in this mater by filing electronically via email and ECF:

>Eric L. Iverson, Esq.
>Assistant United States Attorney
>Middle District of North Carolina
>101 S. Edgeworth Street, 4th Floor
>Greensboro, NC 27401

This the 23rd day of October 2020.

>/ s / Alan Doorasamy Sr.
>State Bar #: 31493
>107 Westdale Avenue
>Winston-Salem, NC 27101
>336-777-3773 (Office)
>336-723-3825 (Facsimile)
>Email: alan@dooralaw.com