My name is Erica Oran my husband is Joseph Oran. We have been married for 10 years we have two kids together. Joseph was always there for our kids before and while he has been in jail. Joseph is a good father to our kids he read bedtime stories and helped with homework. He provided for his family always made sure we had a place to call home and food on the table. Our family has not been the same since Joseph has went to jail but we have managed to stay a family thru letters, video chats which we do very often. He draws and makes cards for our kids. Joseph has never stopped making a effort for our kids whether it is making a card, writing letters or talking to them on video chat. Our oldest daughter is 10 years old she was having trouble with math. Joseph came up with the idea to make up some math problems to send home to her for practice which helped her. Our youngest daughter is 5 years old she is learning to write her letters Joseph sent home letters for her to trace so she could practice. Our girls miss their father. I miss my husband. My husband Joseph never dranked, smoke or was never violent to his family. Joseph has always been their for me and supported me. I stand to support him through his journey. I hope the court will grant Joseph the ability to recieve the help he needs.
                        Thank you for your time.
                                Sincerely,
                                Erica Oran

Dear Your Honor,

I am writing this letter in reference to my son Joseph Daniel Oran. Due to the pandemic I can not be there in person so I hope you are reading this.

As serious as the charges are against Joseph, I know he is so much more then that. He is my son, a father, a husband, a firefighter, a hard worker, a volunteer and a friend to many. Everyday I feel very lost without him. I know the abuse I endured from Joseph's father but I never knew how much my son endured from him also. This makes me frustrated, mad and carry a sadness in my heart that no one will ever know. Joseph needs to take responsible for his actions but I hope and pray that you will have Mercy on him. Please give him the help that he needs and allow him to come home to his family that is waiting for him.

I know that it is not my decision but I feel, with the proper help, love and support from his family, pastor and men of steel fellowship he can be the man he was put here to be. I have already seen a huge change in him so I am asking you to please give him the chance to prove to us and himself that he can be different then what was implanted in his head..

I am grateful to you and the court system for reading this and want my son to be healthy mind body and soul so we can reunite as a family once again.

Sincerely with a heavy heart

*Nancy Pro*  10/3/2020

Nancy Pro
Joseph's mother

**FROM THE DESK OF**

# Toni J Pro

October 11, 2020

In Reference to : Jospeh Daniel Oran

Dear Judge,

I would be doing this face to face with you but we find ourself in unusual circumstances. With my health issues and the Pandemic a pond us, I do not feel it is safe for me to represent Joseph in person. I have known Joseph for 24 years and help raise him as my son.

I will not sugar coat the issues Joseph is facing. They are serious and Joseph needs to be responsible for his actions. But I will ask you to consider the person I know my Son to be. Joseph is a un-believable kind soul. He has always wanted to help people and his community. As I am sure you already know he was a junior Fireman and then became a Fireman. Whenever Joseph saw someone with a flat tire or car trouble he always wanted to stop and see if he could help.

Joseph lost his way and made a horrible mistake but Joseph has 2 little girls that need him. He has a beautiful and kind wife that needs him at home. Joseph is my only child and I am getting older and finding it harder and harder to take care of things around my home. I need Joseph here to help me. Please Judge find "Mercy" in your heart for my Son so he can come home to his family. We love and miss him terribly.

Sincerely,

*[signature: Toni J. Pro]*

Toni J Pro